# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JACKIE LEE DOVER, SR., | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:12-cv-00167-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL BALL, Administrator, | ) | |
| Avery/Mitchell Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 18, 2013 Order.

July 18, 2013

Frank G. Johns, Clerk
United States District Court